IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICKEY LEE MOODY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv63-MHT |
| | ) | [WO] |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge, entered on March 22, 2010 (Doc. 13), that petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 be denied as barred from review by this court.

After a review of the recommendation, to which petitioner did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of April, 2010.

                                                      /s/   Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE